JS-6

1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

12 | ABDIA CABRALES, an individual,

13 |         Plaintiff,

14 |     v.

15 | DNATA AVIATION USA, INC., a
   | corporation; DNATA US INFLIGHT
16 | CATERING, LLC, a limited liability
   | company; and DOES 1 through 20
17 | inclusive,

18 |         Defendants.

Case No.: 2:21-cv-04231-DSF-(ASx)

**ORDER FOR DISMISSAL WITHOUT PREJUDICE  [18]**

Complaint Filed:   03/16/2021

Trial Date:        N/A

19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND IS HEREBY DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

Date: July 13, 2021

Hon. Dale Fischer
United States District Judge